

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/27/2020

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

LAURA B. JUFFA
DIRECT: 646.367.6517
LJUFFA@KBRLAW.COM

May 26, 2020

<u>**VIA ECF**</u>

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Kraiem v. JonesTrading Institutional Services LLC et al.*
      Civil Action No.: 19-CV-05160 (ALC)(SDA)

Dear Judge Carter:

We represent the Defendants in the above-referenced matter. Defendants' reply brief in further support of their motion to dismiss Plaintiff's Amended Complaint is currently due on <u>May 29, 2020</u>. Defendants have met with a delay in preparing their reply papers due to personal and professional obligations arising out of the COVID-19 pandemic. Pursuant to Paragraph 1(D) of Your Honor's Individual Rules of Practice, we write with the consent of Plaintiff's counsel to request a thirty (30) day extension of time to submit Defendants' reply papers until <u>June 29, 2020</u>. This is Defendants' first request for an extension of the reply deadline. Defendants' request does not impact any future dates in this action.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*Laura B. Juffa*

Laura b. Juffa

cc:   (via ECF)

      All Counsel of Record

SO ORDERED:
*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: May 27, 2020

NEW YORK         NEW JERSEY         CONNECTICUT         CALIFORNIA

6479757