

| Robert B. Stulberg<br>Partner<br>rstulberg@stulbergwalsh.com | T 212.268.1000<br>F 212.947.6010<br>C 917.837.5641<br>www.stulbergwalsh.com | One Penn Plaza, Suite 2601<br>New York, New York 10119 |

October 22, 2020

**BY ECF & E-MAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/23/2020

Re: *Kraiem v. JonesTrading Institutional Services, LLC., et al.*
19-CV-5160 (ALC)

Dear Judge Carter:

This firm represents Plaintiff Nefissa Kraiem in the above-referenced action. We respectfully write with the consent of counsel for Defendants to request a one week extension of time, from October 26 2020 until November 2, 2020, to provide the Court with a joint status report pursuant to Your Honor's September 30, 2020 Opinion and Order (Dkt. No. 74). This is Plaintiff's first request for an extension of the deadline to submit a joint status report, and the instant request does not affect any other scheduled dates or deadlines.

Plaintiff makes the instant request because, due to unavoidable intervening litigation commitments, the parties' counsel require additional time to confer with each other and their clients before submitting the joint status report.

The Court's considerations are greatly appreciated.

Respectfully submitted,

/s/
Robert B. Stulberg
Zachary R. Bergman

cc (by ECF and E-mail): Joan M. Gilbride, Esq.
Laura Baldwin Juffa, Esq.

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2020