

| Robert B. Stulberg<br>Partner<br>rstulberg@stulbergwalsh.com | T 212.268.1000<br>F 212.947.6010<br>C 917.837.5641<br>www.stulbergwalsh.com | One Penn Plaza, Suite 2601<br>New York, New York 10119 |

December 11, 2020

**BY ECF & E-MAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/14/2020

Re:   *Kraiem v. JonesTrading Institutional Services, LLC., et al.*
       19-CV-5160 (ALC)

Dear Judge Carter:

This firm represents Plaintiff Nefissa Kraiem in the above-referenced action. We respectfully write on behalf of the parties to request the below detailed extensions of the deadlines set forth in Your Honor's December 2, 2020 Order (Dkt. No. 83) ("Order"). The parties make this request because of preexisting litigation obligations and holiday-related office closures and vacations.

The parties jointly request that Plaintiff's deadline to file her motion in support of making the Second Amended Complaint currently on file operative be extended from December 16, 2020 to December 30, 2020. The parties further request that Defendants' deadline to oppose Plaintiff's motion be extended from January 4, 2021 to January 27, 2021. Finally, the parties request that Plaintiff's deadline to file her reply be extended from January 11, 2021 until February 5, 2021.

This is the parties' first request for extensions of the deadlines set forth in the Order, and this request does not affect any other scheduled dates.

The Court's considerations are greatly appreciated.

Respectfully submitted,

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: December 14, 2020

_____/s/_____
Robert B. Stulberg
Zachary R. Bergman

cc (by ECF and E-mail):  Joan M. Gilbride, Esq.
                          Laura Baldwin Juffa, Esq.