

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

LAURA B. JUFFA
DIRECT: 646.367.6517
LJUFFA@KBRLAW.COM

January 22, 2021

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Kraiem v. JonesTrading Institutional Services LLC et al.*
        Civil Action No.: 19-CV-05160 (ALC)(SDA)

Dear Judge Carter:

We represent the Defendants in the above-referenced matter. Defendants' opposition to Plaintiff's motion for leave to file the proposed Second Amended Complaint is currently due on January 27, 2021. Defendants have met with an unanticipated delay in preparing their reply papers due scheduling conflicts and deadlines in other matters. Pursuant to Paragraph 1(D) of Your Honor's Individual Rules of Practice, we write with the consent of Plaintiff's counsel to request a one (1) week extension of time to submit Defendants' opposition papers until February 3, 2021. Should the Court approve of Defendants' request for an extension of time, the Parties further request that the deadline for Plaintiff to submit her reply papers also be extended until February 12, 2021. Defendants' request does not impact any future dates in this action.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*Laura B. Juffa*

Laura B. Juffa

cc:   (via ECF)

        All Counsel of Record

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/2021

SO ORDERED:

*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 1/25/2021