UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 15, 2021

Nefissa Kraiem,
                               Plaintiff,

-against-

JonesTrading Institutional Services LLC, et al.,
                               Defendants.

19-CV-5160-ALC-SDA

**ORDER REQUESTING
STATUS REPORT**

**ANDREW L. CARTER, JR., United States District Judge:**

On November 12, 2021, Judge Stewart D. Aaron issued an opinion and order denying Plaintiff's motion to supplement. ECF No. 131. The parties are hereby **ORDERED** to file a joint status report indicating how they would like to proceed with this case. The status report shall include, at a minimum, proposed answer deadlines for the remaining defendants.

**SO ORDERED.**

**Dated**: Nov. 15, 2021
        New York, New York

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**