**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

Nefissa Kraiem,

                   Plaintiff,

     -against-

JonesTrading Institutional
Services LLC, et al.,

                Defendants.

------------------------------------------------------------------x

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC#: _____ | |
| DATE FILED: _1/18/2022_ | |

**1:19-CV-5160 (ALC) (SDA)**

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

     Upon review of the parties' submissions in connection with the ongoing dispute regarding the Proposed Second Amended Complaint (PSAC), it is hereby **ORDERED** as follows:

- The conference set for January 19, 2022 regarding this dispute is **CANCELLED**;

- Because the parties seem to have submitted different versions of PSACs for the Court to review, Defendants shall file a renewed set of redline changes, if any, to the version of the PSAC that Plaintiff filed on January 14, 2022 (ECF No. 142, Ex. A) no later than close of business on **January 20, 2022**.

- No supplemental letters stating the parties' positions on this dispute are necessary.

**SO ORDERED.**

**Dated:**  Jan. 18, 2022
**New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**