UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NEFISSA KRAIEM,

                            **Plaintiff,**

       -against-                                  19-CV-5160 (ALC)

                                                    **ORDER**

JONESTRADING INSTITUTIONAL SERVICES
LLC, SHLOMO COHEN, AND DAVID
MAZZULLO,

                            **Defendants.**

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The parties are ordered to provide a Joint Status Report to the Court on or before February 10, 2023.

**SO ORDERED.**

**Dated:**      **New York, New York**
                **February 1, 2023**

                                                      _____
                                                     **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**