UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nefissa Kraiem,

                Plaintiff,

-against-

JonesTrading Institutional Services LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2023

1:19-cv-05160 (ALC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case was referred to the undersigned for general pretrial purposes, including scheduling, discovery, non-dispositive pretrial motions and settlement. (*See* Second Am. Order of Ref., ECF No. 135.) The Court has reviewed the parties' proposed case management plan (ECF No. 151) and finds that the period of discovery proposed is excessive.[1] The Complaint in this case was filed in 2019 and must be resolved in a shorter timeframe than that proposed.[2]

By reason of the foregoing, it is hereby ORDERED, as follows:

1. No later than Friday, June 30, 2023, the parties shall complete fact discovery.

2. No later than Monday, July 31, 2023, the parties shall complete expert discovery.

3. The foregoing deadlines may be extended only for good cause shown and then any extensions will be granted only for a limited purpose.

---

[1] Based upon the Court's familiarity with this case, the Court finds no need for an initial conference.

[2] While the prior motion practice and plaintiff's and counsels' medical emergencies explain some of the delays to date, there is no reason why discovery cannot be completed in the time allotted below.

4. On March 31, 2023, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:     New York, New York
           February 10, 2023

_____
STEWART D. AARON
United States Magistrate Judge