

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

July 20, 2023

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

DANIEL LEWKOWICZ
DIRECT: 646.367.6718
DLEWKOWICZ@KBRLAW.COM

<u>BY EMAIL</u>

<u>CONFIDENTIAL</u>

Zachary R. Bergman, Esq.
Stulberg & Walsh LLP
14 Wall Street, Suite 5G
New York, NY 10005

Re:    Kraiem v. JonesTrading Instiutional Services, LLC., et al.
       <u>19-cv-5160 (ALC)(SDA)</u>

Dear Mr. Bergman:

We are writing regarding your May 26, 2023 ESI Letter that identified a list of custodians and search terms that Plaintiff provided in connection with Plaintiff's First Request for the Production of Documents dated March 31, 2023 ("Plaintiff's RFP"). Defendants' objections to Plaintiff's lists of custodians and search terms are as follows:

- **<u>Search 1:</u>**

Plaintiff requested "all electronic documents" for Nefissa Kraiem. Defendants object to this request as overbroad and unduly burdensome. Defendants further object to this request as it is not limited by date or search terms and is likely to result in documents that are already in Plaintiff's possession, custody or control. Without waiving the foregoing objections, Defendants will search for documents responsive to Plaintiff's document requests but will not produce "all electronic documents" for Nefissa Kraiem.

- **<u>Search 2:</u>**

Plaintiff's second search request included 125 different search terms for 8 different custodians.  The custodians include William "Packy" Jones; Alan Hill; Steve Chmielewski, Tim O'Neil; David Mazzullo; Shlomo Cohen; Gary Cunningham; and Mary Moser.

Defendants object to the scope of Plaintiff's request as overbroad, unduly burdensome, and unlikely to lead to the discovery of admissible evidence. Not only is the number of search

NEW YORK               NEW JERSEY               CONNECTICUT               CALIFORNIA

9163491

Confidential

Page 2

terms requested unduly burdensome, but many of the search terms are simply not relevant to the subject matter of this action or to the claims and defenses of any party to this action.

Without waiving the foregoing objections, Defendants have run the requested searches for each custodian and the searches resulted in approximately 110,000 documents, including family and related documents. These results support Defendants contention that the scope of Plaintiff's request is overbroad, unduly burdensome, and unlikely to lead to the discovery of admissible evidence.

To avoid the need for Court intervention, Defendants propose (i) removing search terms that are not relevant to the subject matter of this action and (ii) narrowing terms that result in over 1,000 documents or are likely to produce non-responsive documents. Below is a chart with Plaintiff's proposed terms, Defendants' search result, and Defendant's proposed action:

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| "Jones & Associates" | 0 | 0 | Keep | |
| Abu Dhabi Investment Authority OR adia | 265 | 317 | Remove | Not Relevant |
| Alleg* | 2,812 | 4,438 | Narrow | "Allege"; "Alleges"; "Allegation" ; "Allegations"; and "Alleging" |
| anti-harassment | 89 | 121 | Keep | |
| Arrest* | 765 | 1,147 | Remove | Not Relevant |
| Ask for forgiveness | 0 | 0 | Keep | |
| Aspen | 1,968 | 2,488 | Remove | Not Relevant |
| Ass | 769 | 1,155 | Narrow | Within the same family as any reference to Plaintiff |
| Asylum | 101 | 140 | Keep | |
| bad woman | 12 | 33 | Narrow | Within the same family as any reference to Plaintiff |
| Bang* | 756 | 1,213 | Narrow | Within the same family as any reference to Plaintiff |
| Beauty | 1,838 | 2,145 | Narrow | Within the same family as any reference to Plaintiff |
| Bird* | 1,501 | 2,194 | Narrow | Within the same family as any reference to Plaintiff |
| bitch | 74 | 83 | Narrow | Within the same family as any reference to Plaintiff |
| Blitz* | 159 | 255 | Remove | Not Relevant |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 3

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Board | 12,512 | 18,365 | Narrow | "Board of Directors" or "Board Member" |
| Boob* | 30 | 41 | Narrow | Within the same family as any reference to Plaintiff |
| Bootsy bellows | 0 | 0 | Keep | |
| Booze* | 174 | 180 | Remove | Not Relevant |
| Break up | 402 | 561 | Narrow | Within the same family as any reference to Plaintiff |
| Breast* | 854 | 1,946 | Narrow | Within the same family as any reference to Plaintiff |
| broke up | 11 | 17 | Narrow | Within the same family as any reference to Plaintiff |
| Bush | 454 | 669 | Narrow | Within the same family as any reference to Plaintiff |
| call girl | 1 | 1 | Remove | Not Relevant |
| Cannabis | 244 | 321 | Remove | Not Relevant |
| change coverage now | 0 | 0 | Keep | |
| Charge | 8,351 | 12,618 | Narrow | "Charge of Discrimination" |
| Chick* | 889 | 1,232 | Narrow | Within the same family as any reference to Plaintiff |
| claim | 4,488 | 8,092 | Narrow | Within the same family as any reference to Plaintiff |
| Club | 7,186 | 8,559 | Remove | Not Relevant |
| Cocaine | 133 | 138 | Remove | Not Relevant |
| Coke | 219 | 268 | Remove | Not Relevant |
| Complain* | 2,148 | 3,573 | Narrow | Within the same family as any reference to Plaintiff |
| Complaint* | 1,494 | 2,681 | Narrow | Within the same family as any reference to Plaintiff |
| D.E. Shaw OR DE Shaw OR Shaw | 1,606 | 2,077 | Remove | Not Relevant |
| Dallas | 3,186 | 4,036 | Narrow | Within the same family as any reference to Plaintiff |
| Deck | 2,331 | 2,831 | Remove | Not Relevant |
| Deck* | 2,677 | 3,315 | Remove | Not Relevant |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 4

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| dick | 2,325 | 2,673 | Narrow | Within the same family as any reference to Plaintiff |
| Discrimi* | 1,114 | 2,567 | Narrow | Within the same family as any reference to Plaintiff |
| Dividend* | 5,727 | 9,380 | Remove | Not Relevant |
| Dolphin | 204 | 284 | Remove | Not Relevant |
| down on | 1,508 | 1,918 | Remove | Not Relevant |
| Drama | 373 | 550 | Narrow | Within the same family as any reference to Plaintiff |
| Drink* | 4,123 | 4,931 | Remove | Not Relevant |
| Drug* | 4,850 | 6,611 | Remove | Not Relevant |
| Drunk | 128 | 158 | Remove | Not Relevant |
| Entertainment | 4,589 | 6,341 | Narrow | Within the same family as any reference to Plaintiff |
| Evasive action | 3 | 3 | Keep | |
| Fashion | 2,157 | 3,137 | Narrow | Within the same family as any reference to Plaintiff |
| Fuck* | 369 | 446 | Narrow | Within the same family as any reference to Plaintiff |
| Gerrards cross | 273 | 377 | Remove | Not Relevant |
| Girl* | 4,955 | 5,454 | Narrow | Within the same family as any reference to Plaintiff |
| Grass | 438 | 664 | Remove | Not Relevant |
| Green | 4,767 | 7,388 | Remove | Not Relevant |
| Hammer* | 742 | 989 | Remove | Not Relevant |
| Hangover | 134 | 200 | Remove | Not Relevant |
| Harass* | 1,030 | 1,602 | Narrow | Within the same family as any reference to Plaintiff |
| Hemp | 27 | 45 | Remove | Not Relevant |
| Hook* | 837 | 1,128 | Remove | Not Relevant |
| Hooker | 34 | 47 | Remove | Not Relevant |
| hot | 3,774 | 4,777 | Narrow | Within the same family as any reference to Plaintiff |
| Hotel | 5,483 | 6,652 | Narrow | Within the same family as |

KAUFMAN BORGEEST & RYAN LLP

Confidential

Page 5

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| | | | | any reference to Plaintiff or Dallas, Texas |
| hungover | 16 | 17 | Remove | Not Relevant |
| Inmates | 66 | 178 | Remove | Not Relevant |
| Investig* | 5,524 | 9,270 | Narrow | Within the same family as any reference to Plaintiff |
| JA | 252 | 550 | Remove | Not Relevant |
| Jacuzzi | 32 | 40 | Remove | Not Relevant |
| Jazz cabbage | 0 | 0 | Remove | Not Relevant |
| Kraiem | 1,414 | 1,856 | Keep | |
| last night | 3,818 | 4,351 | Narrow | Within the same family as any reference to Plaintiff |
| lion king | 242 | 247 | Keep | |
| Marijuana | 400 | 519 | Remove | Not Relevant |
| Minute* | 11,694 | 14,414 | Remove | Not Relevant |
| Motherlode Mansion OR Motherlode | 7 | 7 | Remove | Not Relevant |
| Mushroom | 114 | 133 | Remove | Not Relevant |
| Nef | 78 | 113 | Keep | |
| Nefissa | 2,247 | 2,742 | Keep | |
| Nefissa SK | 0 | 0 | Keep | |
| Nefissa SK* | 0 | 0 | Keep | |
| Nefissa Soraya Kraiem | 483 | 517 | Keep | |
| NK | 193 | 478 | Keep | |
| NSFW | 60 | 60 | Remove | Not Relevant |
| one pager | 95 | 152 | Remove | Not Relevant |
| Photo* | 7,338 | 10,703 | Narrow | Within the same family as any reference to Plaintiff |
| Pic* | 15,913 | 20,043 | Remove | Not Relevant |
| Pot | 1,136 | 1,391 | Remove | Not Relevant |
| Powder | 526 | 748 | Remove | Not Relevant |
| Presentation | 3,283 | 5,256 | Remove | Not Relevant |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 6

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Presentation* | 3,749 | 6,071 | Remove | Not Relevant |
| Princess | 162 | 247 | Narrow | Within the same family as any reference to Plaintiff |
| Profit* | 10,548 | 16,286 | Remove | Not Relevant |
| Prostitute | 3 | 4 | Remove | Not Relevant |
| Rumor | 311 | 340 | Narrow | Within the same family as any reference to Plaintiff |
| Screw* | 438 | 501 | Narrow | Within the same family as any reference to Plaintiff |
| Sex | 1,035 | 2,159 | Narrow | Within the same family as any reference to Plaintiff |
| Sex* | 1,972 | 3,507 | Narrow | Within the same family as any reference to Plaintiff |
| Shareholder | 5,191 | 8,250 | Remove | Not Relevant |
| Shroom | 2 | 2 | Remove | Not Relevant |
| sit on his face | 1 | 1 | Narrow | Within the same family as any reference to Plaintiff |
| Ski | 1,123 | 1,236 | Remove | Not Relevant |
| Skiing | 734 | 847 | Remove | Not Relevant |
| Slayed | 1 | 1 | Remove | Not Relevant |
| Sleep* | 1,767 | 2,091 | Narrow | Within the same family as any reference to Plaintiff |
| Slept | 102 | 111 | Narrow | Within the same family as any reference to Plaintiff |
| Snow* | 2,269 | 2,833 | Remove | Not Relevant |
| strip club | 17 | 32 | Remove | Not Relevant |
| Strip* | 1,544 | 2,244 | Remove | Not Relevant |
| stupid woman | 11 | 11 | Narrow | Within the same family as any reference to Plaintiff |
| Suck* | 861 | 1,023 | Narrow | Within the same family as any reference to Plaintiff |
| Talent | 1,095 | 1,643 | Remove | Not Relevant |
| the closing print | 227 | 320 | Remove | Not Relevant |
| the Jimmy | 52 | 53 | Keep | |

KAUFMAN BORGEEST & RYAN LLP

9163491

Case 1:19-cv-05160-JHR-SDA   Document 171-7   Filed 10/22/23   Page 7 of 13

Confidential

Page 7

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| the king | 253 | 318 | Remove | Not Relevant |
| the white | 1,716 | 1,810 | Remove | Not Relevant |
| Tits | 9 | 13 | Narrow | Within the same family as any reference to Plaintiff |
| what traders are watching | 213 | 368 | Narrow | Within the same family as any reference to Plaintiff |
| Whore | 15 | 35 | Narrow | Within the same family as any reference to Plaintiff |
| Wom* | 8,420 | 9,396 | Narrow | Within the same family as any reference to Plaintiff |
| Zullu OR Zulu | 129 | 152 | Remove | Not Relevant |

**Search 3:**

Plaintiff's third search request included 117 different search terms for 17 different custodians. The custodians include Jeff LeVeen, John Martinelli, Jeffrey Sloves, Charlie McBride, Yousef Abbasi, Philip Rosato, Darren Yarlett, John D'Agostini, Marc Altmann, Jake Cole, Simon Pearce, Janson Simpson, Marc Edwards, Alex Cohen, Katie O'Connor, Jason Lavender, and Elly Gibbs.

As with Search 2, Defendants object to the scope of Plaintiff's request as overbroad, unduly burdensome, and unlikely to lead to the discovery of admissible evidence. Not only is the number of search terms requested unduly burdensome, but many of the search terms are simply not relevant to the subject matter of this action or to the claims and defenses of any party to this action. For example, custodian Alex Cohen was no longer employed by JTIS as of January 1, 2016, the time period covered by Plaintiff's document requests. Thus, any communications or documents maintained by JTIS would not be responsive to Plaintiff's requests.

Without waiving the foregoing objections, Defendants have run the requested searches for each custodian and the search results in over 85,000 documents, including family and related documents. Notably, these search results are in addition to the 110,000 documents in Search 2. These results support Defendants' contention that the scope of Plaintiff's request is overbroad, unduly burdensome, and unlikely to lead to the discovery of admissible evidence.

To avoid the need for Court intervention, Defendants propose (i) removing search terms that are not relevant to the subject matter of this action and (ii) narrowing terms that result in over 1,000 documents or are likely to produce non-responsive documents. Below is a chart with Plaintiff's proposed terms, Defendants' search result, and Defendant's proposed action:

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Abu Dhabi | 1,810 | 2,285 | Remove | Not Relevant |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 8

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Investment Authority OR adia | | | | |
| Alleg* | 4,096 | 8,014 | Narrow | "Allege"; "Alleges"; "Allegation" ; "Allegations"; and "Alleging" |
| anti-harassment | 8 | 12 | Keep | |
| Ask for forgiveness | 3 | 3 | Keep | |
| Aspen | 2,447 | 4,167 | Remove | Not Relevant |
| Ass | 504 | 1,577 | Narrow | Within the same family as any reference to Plaintiff |
| Asylum | 46 | 112 | Keep | |
| bad woman | 0 | 0 | Keep | |
| Bang* | 2,126 | 5,929 | Narrow | Within the same family as any reference to Plaintiff |
| Beauty | 1,410 | 3,478 | Narrow | Within the same family as any reference to Plaintiff |
| Bird* | 916 | 2,015 | Narrow | Within the same family as any reference to Plaintiff |
| bitch | 66 | 68 | Narrow | Within the same family as any reference to Plaintiff |
| Blitz* | 97 | 225 | Narrow | Within the same family as any reference to Plaintiff |
| Boob* | 27 | 27 | Narrow | Within the same family as any reference to Plaintiff |
| Bootsy bellows | 1 | 2 | Narrow | Within the same family as any reference to Plaintiff |
| Booze* | 126 | 137 | Remove | Not Relevant |
| Break up | 710 | 1,826 | Narrow | Within the same family as any reference to Plaintiff |
| Breast* | 1,002 | 3,421 | Narrow | Within the same family as any reference to Plaintiff |
| broke up | 41 | 52 | Narrow | Within the same family as any reference to Plaintiff |
| Bush | 430 | 991 | Narrow | Within the same family as any reference to Plaintiff |
| call girl | 0 | 0 | Remove | Not Relevant |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 9

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Cannabis | 161 | 244 | Remove | Not Relevant |
| change coverage now | 0 | 0 | Keep | |
| Charge | 7,769 | 15,715 | Narrow | "Charge of Discrimination" |
| Chick* | 1,191 | 2,232 | Narrow | Within the same family as any reference to Plaintiff |
| claim | 3,044 | 8,255 | Narrow | Within the same family as any reference to Plaintiff |
| Club | 3,746 | 6,310 | Remove | Not Relevant |
| Cocaine | 44 | 77 | Remove | Not Relevant |
| Coke | 686 | 1,606 | Remove | Not Relevant |
| Complain* | 2,024 | 3,898 | Narrow | Within the same family as any reference to Plaintiff |
| Complaint* | 1,361 | 2,903 | Narrow | Within the same family as any reference to Plaintiff |
| D.E. Shaw OR DE Shaw OR Shaw | 848 | 2,079 | Remove | Not Relevant |
| Dallas | 4,858 | 7,886 | Narrow | Within the same family as any reference to Plaintiff |
| Deck | 5,061 | 8,416 | Remove | Not Relevant |
| Deck* | 5,587 | 9,513 | Remove | Not Relevant |
| dick | 812 | 1,873 | Narrow | Within the same family as any reference to Plaintiff |
| Discrimi* | 335 | 1,522 | Narrow | Within the same family as any reference to Plaintiff |
| Dolphin | 143 | 442 | Remove | Not Relevant |
| down on | 2,021 | 4,955 | Remove | Not Relevant |
| Drama | 470 | 898 | Narrow | Within the same family as any reference to Plaintiff |
| Drink* | 2,812 | 5,020 | Remove | Not Relevant |
| Drug* | 8,238 | 13,734 | Remove | Not Relevant |
| Drunk | 124 | 158 | Remove | Not Relevant |
| Entertainment | 4,920 | 9,712 | Narrow | Within the same family as any reference to Plaintiff |
| Evasive action | 0 | 0 | Keep | |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 10

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Fashion | 2,098 | 6,270 | Narrow | Within the same family as any reference to Plaintiff |
| Fuck* | 104 | 119 | Narrow | Within the same family as any reference to Plaintiff |
| Gerrards cross | 30 | 43 | Remove | Not Relevant |
| Girl* | 1,220 | 1,778 | Narrow | Within the same family as any reference to Plaintiff |
| Grass | 176 | 445 | Remove | Not Relevant |
| Green | 8,226 | 15,258 | Remove | Not Relevant |
| Hammer* | 1,206 | 3,062 | Remove | Not Relevant |
| Hangover | 396 | 717 | Remove | Not Relevant |
| Harass* | 362 | 482 | Narrow | Within the same family as any reference to Plaintiff |
| Hemp | 21 | 23 | Remove | Not Relevant |
| Hook* | 913 | 2,610 | Remove | Not Relevant |
| Hooker | 172 | 294 | Remove | Not Relevant |
| hot | 3,445 | 7,216 | Narrow | Within the same family as any reference to Plaintiff |
| Hotel | 3,372 | 6,807 | Narrow | Within the same family as any reference to Plaintiff or Dallas, Texas |
| hungover | 52 | 55 | Remove | Not Relevant |
| Inmates | 25 | 92 | Remove | Not Relevant |
| Investig* | 7,363 | 14,257 | Narrow | Within the same family as any reference to Plaintiff |
| Jacuzzi | 21 | 25 | Remove | Not Relevant |
| Jazz cabbage | 0 | 0 | Remove | Not Relevant |
| Kraiem | 1,576 | 4,646 | Keep | |
| last night | 5,440 | 7,277 | Narrow | Within the same family as any reference to Plaintiff |
| lion king | 6 | 8 | Keep | |
| Marijuana | 199 | 264 | Remove | Not Relevant |
| Motherlode Mansion OR Motherlode | 3 | 5 | Remove | Not Relevant |

KAUFMAN BORGEEST & RYAN LLP

9163491

Confidential

Page 11

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Mushroom | 60 | 121 | Remove | Not Relevant |
| Nef | 22 | 44 | Keep | |
| Nefissa | 1,681 | 4,759 | Keep | |
| Nefissa SK | 0 | 0 | Keep | |
| Nefissa SK* | 0 | 0 | Keep | |
| Nefissa Soraya Kraiem | 1,471 | 4,517 | Keep | |
| NK | 487 | 2,036 | Keep | |
| NSFW | 0 | 0 | Keep | |
| one pager | 380 | 612 | Remove | Not Relevant |
| Photo* | 8,278 | 15,059 | Narrow | Within the same family as any reference to Plaintiff |
| Pic* | 17,895 | 28,101 | Narrow | Within the same family as any reference to Plaintiff |
| Pot | 1,211 | 2,172 | Remove | Not Relevant |
| Powder | 710 | 1,936 | Remove | Not Relevant |
| Presentation | 5,002 | 11,708 | Remove | Not Relevant |
| Presentation* | 5,965 | 13,311 | Remove | Not Relevant |
| Princess | 68 | 280 | Narrow | Within the same family as any reference to Plaintiff |
| Prostitute | 7 | 11 | Remove | Not Relevant |
| Rumor | 453 | 735 | Narrow | Within the same family as any reference to Plaintiff |
| Screw* | 529 | 864 | Narrow | Within the same family as any reference to Plaintiff |
| Sex | 1,054 | 1,981 | Narrow | Within the same family as any reference to Plaintiff |
| Sex* | 1,661 | 3,071 | Narrow | Within the same family as any reference to Plaintiff |
| Shroom | 3 | 6 | Remove | Not Relevant |
| sit on his face | 1 | 1 | Narrow | Within the same family as any reference to Plaintiff |
| Ski | 611 | 968 | Remove | Not Relevant |
| Skiing | 299 | 448 | Remove | Not Relevant |

Confidential

Page 12

| Search Term | Hits | Family | Action | Note |
|---|---|---|---|---|
| Slayed | 4 | 4 | Remove | Not Relevant |
| Sleep* | 1,718 | 3,723 | Narrow | Within the same family as any reference to Plaintiff |
| Slept | 70 | 71 | Narrow | Within the same family as any reference to Plaintiff |
| Snow* | 1,775 | 3,392 | Remove | Not Relevant |
| strip club | 4 | 6 | Remove | Not Relevant |
| Strip* | 1,770 | 5,949 | Remove | Not Relevant |
| stupid woman | 0 | 0 | Keep | |
| Suck* | 689 | 842 | Narrow | Within the same family as any reference to Plaintiff |
| Talent | 939 | 3,118 | Remove | Not Relevant |
| the closing print | 929 | 3,513 | Remove | Not Relevant |
| the Jimmy | 12 | 43 | Keep | |
| the king | 138 | 315 | Remove | Not Relevant |
| the white | 2,011 | 3,260 | Remove | Not Relevant |
| Tits | 12 | 17 | Narrow | Within the same family as any reference to Plaintiff |
| what traders are watching | 2,587 | 3,221 | Narrow | Within the same family as any reference to Plaintiff |
| Whore | 3 | 3 | Narrow | Within the same family as any reference to Plaintiff |
| Wom* | 2,997 | 6,526 | Narrow | Within the same family as any reference to Plaintiff |
| Zullu OR Zulu | 52 | 62 | Remove | Not Relevant |

* * *

KAUFMAN BORGEEST & RYAN LLP

9163491

<u>Confidential</u>

Page 13

   Defendants propose to have meet-and-confer on **July 26, 2023 at 10:30 AM** regarding these search terms. Defendants believe that many of these searches can be narrowed further or eliminated, as they are unlikely to produce responsive documents or admissible evidence.


Very truly yours,

KAUFMAN BORGEEST & RYAN LLP


Joan M. Gilbride
Daniel Lewkowicz

CC: Robert Stulberg, Esq.

9163491