USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nefissa Kraiem,

                Plaintiff,

-against-

JonesTrading Institutional Services LLC, et al.,

                Defendants.

1:19-cv-05160 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, for the reasons stated on the record, the Letter Motions filed at ECF Nos. 171 and 175 are GRANTED IN PART and DENIED IN PART, as follows:

1. No later than Friday, November 10, 2023, Defendants shall produce responsive documents for the time period May 25, 2016 through January 15, 2018 using the search terms that are set forth on pages 2 and 3 of Plaintiff's Reply filed at ECF No. 176 (as narrowed by "AND (Kraiem OR Nef OR Nefissa OR Nefissa SK OR Nefissa SK* OR Nefissa-SK* OR Nefissa Soraya Kraiem OR NK)"), but excluding the terms "Beauty" and "Girl".

2. With respect to the so-called joint employer status of JTIS and JTIL, the Court finds that the documents sought by Plaintiff are not proportional to the needs of the case. However, Plaintiff may ask questions to Defendants' Rule 30(b)(6) designee regarding the joint employer issue.

3. In all other respects, Plaintiff's motion to compel is denied and the parties are directed to proceed with the depositions referred to in ECF No. 175.

4. One final extension of the discovery deadlines is granted. The fact discovery deadline is extended to January 3, 2024, and the deadline for expert discovery is extended until February 5, 2024.

**SO ORDERED.**

Dated:     New York, New York
            October 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge